JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

SMILE BRANDS INC., a Washington
corporation, SMILE BRANDS WEST,
INC., a Delaware corporation, and
SMILE BRANDS HOLDINGS 2, INC. a
Delaware corporation,

                                    Plaintiff,

        vs.

FUTUREDONTICS, INC., a California
corporation and doing business as 1-800-
DENTIST; and DOES 1 through 100,
inclusive,

                                    Defendants.

CASE NO. 8:13-cv-00023-DOC-RNB

Hon. David O. Carter

ORDER DISMISSING ACTION
WITH PREJUDICE PURSUANT TO
THE PARTIES' STIPULATION OF
DISMISSAL

24  ///
25  ///
26  ///
27  ///
28  ///

- 1 –

ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES'
STIPULATION OF DISMISSAL

1    Based on the Stipulation of Dismissal With Prejudice filed on March 12,

2  2013, and upon a finding of good cause, the Court hereby orders:

3    This action is dismissed with prejudice pursuant to Federal Rule of Civil

4  Procedure 41(a).  Each party will bear its own attorneys' fees and costs.

5    IT IS SO ORDERED.

6

7  DATED:  March 12, 2013          _David O. Carter_____

8                                  Hon. David O. Carter
                                   United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ACEW/1085548/15018474.2

- 2 –
ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES'
STIPULATION OF DISMISSAL